UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 APR -1  A 10: 25

RON KIRK THOMPSON (#111262)

VERSUS

RICHARD STALDER, SECRETARY, ET AL.

CIVIL ACTION

BY DEPUTY CLERK

NO. 06-659-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 4, 2008 (doc. no. 104). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendant Twilla James are DISMISSED for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the defendants' motions for partial summary judgment and to dismiss (doc. nos. 38, 41, 94 and 97) are GRANTED, dismissing the plaintiff's claims against all defendants, and this action is DISMISSED.

Baton Rouge, Louisiana, this 31st day of March, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA